**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLO.

Civil Action No. **06 - CV - 01329** -BNB

**JUL 1 0 2006**

GREGORY C. LANGHAM
CLERK

**(The above civil action number must appear on all future papers**
**sent to the court in this action. Failure to include this number**
**may result in a delay in the consideration of your claims.)**

GENE E. AVILES,

       Applicant,

v.

LOU ARCHULETTA, Warden, L.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

       Respondents.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

---

       Applicant Gene E. Aviles has submitted an Application for a Writ of Habeas

Corpus Pursuant to 28 U.S.C. § 2254. The application is in proper form. Therefore,

the clerk of the court will be directed to commence a civil action. Applicant also has

tendered the $5.00 filing fee. The clerk of the court will be directed to mail to the

applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing

fee. Accordingly, it is

       ORDERED that the clerk of the court commence this civil action. It is

       FURTHER ORDERED that the clerk of the court mail to the applicant, together

with a copy of this order, a receipt for full payment of the $5.00 filing fee. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this 10th day of July _____, 2006.

BY THE COURT:

BOYD N. BOLAND
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  **06 - CV - 01329** - BNB

Gene E. Aviles
Prisoner No. 95551
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

I hereby certify that I have mailed a copy of the **ORDER and a receipt for the full $5.00 filing fee** to the above-named individuals on 7-10-06

GREGORY C. LANGHAM, CLERK

By _____
Deputy Clerk