IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01329-REB-BNB

GENE E. AVILES,

Applicant,

v.

LOU ARCHULETTA, Warden, L.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion for Leave to File Traverse to Response to Order to Show Cause and Enlargement of Time to File Said** [docket no. 13, filed August 29, 2006] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and applicant may file a traverse on or before **October 1, 2006**.


DATED: August 30, 2006