IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01329-REB-BNB

GENE E. AVILES,

Applicant,

v.

LOU ARCHULETTA, Warden, L.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

---

**ORDER FOR STATE COURT RECORD**

---

This matter is before me on the petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (the "Application") and the respondents' Answer. The trial court record has not been provided to me, although a review of that record is necessary for the determination of the Application. Accordingly,

IT IS ORDERED that, on or before May 26, 2008, the respondents shall provide to this Court the record from the state trial court, including the trial transcripts.

Dated April 28, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge